| | | | |
|---|---|---|---|
| AUSA: | Frances Carlson | Telephone: | (313) 226-9100 |
| Special Agent: | Kenton Weston | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Thomas Davion TURNER

Case No.

Case: 2:25−mj−30537
Assigned To : Unassigned
Assign. Date : 8/21/2025
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful Possession of Machinegun |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenton Weston, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 21, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, U. S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since January 2018. I graduated from the ATF Privately Made Firearm ("PMF") and Machine Gun Conversion ("MCD") Train the Trainer Course, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. During my employment with ATF, I have conducted and/or participated in over a hundred criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs in the Eastern District of Michigan, which have resulted in the seizure of illicit controlled substances, hundreds of firearms, and more than two hundred arrests.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

3. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

5. The ATF is currently conducting a criminal investigation concerning Thomas Davion TURNER, (DOB: XX/XX/2004), for violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

## PROBABLE CAUSE

6. On August 7, 2025, while investigating a carjacking that occurred two days earlier, Detroit Police Department (DPD) conducted fixed surveillance in the area of 9XXX Marlowe Detroit. During the operation, DPD observed a black Jeep and a white Chevrolet Blazer with dark tinted windows backed into the driveway of 9XXX Marlowe and observed a suspect from the carjacking walking around the cars and property.

7. Upon arrival to the residence, DPD observed the carjacking suspect, TURNER, and one other male sitting partially inside the black Jeep. As DPD

2

approached, the carjacking suspect immediately fled, shirtless and on foot, east bound through the backyard and towards an adjacent alley. Subsequently, law enforcement recovered a PMF with an affixed MCD that the fleeing suspect threw in an attempt to evade an arrest.

8. As the suspect fled, TURNER, who was exiting the driver's seat of the black Jeep, and the other individual were detained. At this time, DPD observed a tan and black Glock pistol lying on the driver's side floorboard of the Jeep where TURNER was sitting. While assessing the scene, DPD noticed that the white Blazer, later identified to be registered to TURNER, was running. Due to the window tint and to verify if the vehicle contained any occupants, DPD opened the driver's side door. No one was inside but DPD observed a Glock 19 9mm pistol with an inserted extended magazine, in plain view tucked between the driver seat and center console (see Image 1 and Image 2 below). While on scene, DPD also executed a search warrant for the residence which included the two vehicles.

9. During a search incident to arrest, DPD located the key to the white Blazer in TURNER's pocket.  TURNER was transported to the Detroit Detention Center (DDC).

IMAGE 1                    IMAGE 2



10.     I examined images of the recovered pistol, including Image 1 and Image 2, and confirmed that the device affixed to the firearm possessed all the features and characteristics of an MCD, colloquially referred to as a "Glock Switch" or "switch." The red arrow in Image 1 is point to the "switch," which is on the back side of the recovered pistol that is facing up. I know that an individual can affix an MCD to a Glock-style pistol to make the pistol shoot automatically and function as a machinegun. The MCD is a small device that replaces the back plate and typically protrudes from the back of the slide on a Glock-style pistol. When installed, the device applies pressure to the trigger bar and disables the firearm's ability to limit one round of ammunition to be fired per trigger pull. A machinegun is a firearm under the National Firearms Act (NFA), 26 U.S.C. § 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into

4

a machinegun." 26 U.S.C. § 5845(b). An MCD is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock-style pistol into a machinegun; therefore, it by itself, is a "machinegun."

11.     I reviewed an August 7, 2025, DDC recorded call initiated by TURNER, where he described his arrest by DPD, confirmed that a firearm was recovered from his vehicle, stated "they (DPD) saying they got two switches and ah a regular pole," and denied ownership of the firearm recovered from his registered vehicle. As noted above, during the August 7 arrest, two firearms with affixed MCDs and a Glock pistol without an MCD were recovered at the scene by DPD. Based on my training and experience of investigating violations of 18 U.S.C. § 922(o) in the Eastern District of Michigan know that TURNER being able to decipher the difference between a firearm with an affixed MCD ("switch") and a firearm without displays his knowledge of an MCD.  Concerning his arrest, TURNER also stated, "This is God telling me to slow down".

## **CONCLUSION**

12.     There is probable cause to believe on August 7, 2025, within the Eastern District of Michigan, Thomas TURNER, knowingly committed violations of 18 U.S.C. § 922(o) (Unlawful Possession of a Machinegun).

5

Respectfully submitted,

*[signature]*

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

*[signature]*

Hon. David R. Grand
United States Magistrate Judge

August 21, 2025